BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE VIAGRA PRODUCTS )<br>LIABILITY LITIGATION ) | MDL Docket No. 2691 |

## NOTICE OF RELATED ACTIONS

Please take notice of the following related actions in the above-referenced matter:

- *Michael Smith v. Pfizer, Inc.*, Case No. 3:16-cv-1183 (N.D. Cal). (Ex. 1)

- *Thomas Brownfield v. Pfizer, Inc.*, Case No. 4:16-cv-1182 (N.D. Cal.) (Ex. 2)

Copies of the dockets and complaints are attached.

Dated: March 17, 2016

Respectfully submitted,

BY: /s/ John E. Joiner

Williams & Connolly LLP
John E. Joiner
725 12th Street, NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029 (fax)
Email: jjoiner@wc.com

Attorney for Defendant Pfizer Inc.